163 So.2d 359

**Willard NIXON**

**v.**

**PITTSBURGH PLATE GLASS COMPANY**
(formerly Columbia-Southern Chemical Corporation).

No. 47236.

May 4, 1964.

In re: Pittsburgh Plate Glass Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 161 So.2d 361.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.